UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   16-cr-00108-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JULIAN RAY MARTINEZ,

    Defendant.

## ORDER

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Monday, May 2, 2016,** and responses to these motions shall be filed by **Monday, May 16, 2016.**  It is

    FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Tuesday, May 24, 2016, at 11:00 a.m., in Courtroom A-1002.**  It is

    FURTHER ORDERED that a 3-day jury trial is set for **Monday, June 13, 2016, at 9:00 a.m., in Courtroom A-1002.**[1]

---

[1] When the parties initially contacted my chambers to schedule this matter, alternative dates were selected.  However, those dates are no longer available on the Court's calendar.

Dated: April 19, 2016

BY THE COURT:

*/s/ Wiley Y. Daniel*
Wiley Y. Daniel
Senior United States District Judge